UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA No. 06 253

* * * * * * * * * * * * * * * * * * * * * * *

**DORIS ROBINSON,**
**Plaintiff**

v.

**JAN NOGRADI and MARIAM NOGRADI,**
**Defendants**

* * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT AND JURY TRIAL DEMAND**

1. This a negligence lawsuit brought under this courts diversity jurisdiction under the provisions of 28 U.S.C. § 1332.

2. The plaintiff, Doris Robinson, resides at 40 Sonia Street, Springfield, Hampden County, Massachusetts.

3. The defendant, Jan Nogradi, resides at 26 Kristen Lane, North Kingstown, Rhode Island.

4. The defendant, Mariam Nogradi, resides at 26 Kristen Lane, North Kingstown, Rhode Island.

5. On May 27, 2003 at approximately 8:30a.m., the plaintiff was operating her motor vehicle on Route 4 in East Greenwich, Rhode Island.

6. On or about the same date, time and place alleged in paragraph 5 of this complaint, the defendant Mariam Nogradi was operating a motor vehicle, owned and controlled by defendant Jan Nogradi, in a negligent and careless manner on Route 4 and rear-ended plaintiff's motor vehicle.

7. As a result the negligence of the defendants Jan Nogradi and Miriam Nogradi, the plaintiff sustained severe injury, causing and continuing to cause her great physical pain, mental anguish and emotional distress; causing and continuing to cause her to seek and obtain medical and hospital care and treatment; causing and continuing to cause her to incur expenses as a result thereof; and causing her other damages.

WHEREFORE, the plaintiff Doris Robinson prays for judgment with interest and costs against the defendants Jan Nogradi and Miriam Nogradi in an amount of Seventy-Five Thousand Dollars ($75,000.00) or such other amounts that will fully, fairly, adequately and justly compensate her for all damages sustained as a result of the defendants' negligence.

***PLAINTIFF DEMANDS A JURY TRIAL***

THE PLAINTIFF,
Doris Robinson

By ______________________
Her Attorney

Vincent Greene, Esq.
Motley, Rice
P.O. Box 6067
Providence, RI 02940
(401) 457-7700
FAX (401) 457-7708
vgreene@motleyrice.com