AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

DORIS ROBINSON

V.

JAN NOGRADI, MARIAM NOGRADI

APPEARANCE

Case Number: CA 06 253

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
PLAINTIFF, DORIS ROBINSON

I certify that I am admitted to practice in this court.

Date

Signature [signature]

Vincent Greene, Esq.
Print Name

[illegible]
Bar Number

Motley, Rice P.O. Box 6067
Address

Providence
City

RI
State

02940
Zip Code

(401) 457-7700
Phone Number

(401) 457-7708
Fax Number