KMC:nl 06-177

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DORIS ROBINSON

VS. C.A. NO. 06-253-T

JAN NOGRADI and MIRIAM NOGRADI

# NOTICE OF APPEARANCE

I, Kevin M. Cain, Esq., hereby enter my appearance as counsel on behalf of defendants, JAN NOGRADI and MIRIAM NOGRADI.

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com

## CERTIFICATION

I, the undersigned, hereby certify that on the 14th day of August, 2006 I did send a true copy of the within ENTRY OF APPEARANCE by electronic means (ECF) to

**Vincent Greene, Esq.**
vgreene@motleyrice.com

and by regular mail, postage pre-paid, to

Cynthia Turnbull, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com