KMC:nl 06-177

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DORIS ROBINSON

VS. C.A. NO. 06-253-T
Jury trial demand

JAN NOGRADI and MIRIAM NOGRADI

**ANSWER OF DEFENDANTS TO THE COMPLAINT**

Now come the defendants, JAN NOGRADI and MARIAM NOGRADI, and respond as follows to the numbered paragraphs of plaintiff's complaint:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Defendants admit that on the date and at the place alleged in paragraph #5 of the complaint, the defendant MIRIAM NOGRADI was operating a motor vehicle registered to defendant JAN NOGRADI on Route 4 in East Greenwich, Rhode Island, and struck the rear of plaintiff, DORIS ROBINSON'S, vehicle, but denies each and every other material allegation contained in paragraph #6 of the complaint.

7. Defendants say that they are presently without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph #7 of the complaint and leave plaintiff to her proof.

**WHEREFORE,** defendants demand judgment in their favor.

Defendants
By their Attorneys,

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com

Defendants hereby demand a trial by jury and designate Kevin M. Cain as their trial attorney.

## CERTIFICATION

I, the undersigned, hereby certify that on the 14th day of August, 2006 I did send a true copy of the within ANSWER by electronic means (ECF) to:

**Vincent Greene, Esq.**
vgreene@motleyrice.com

and by regular mail, postage pre-paid, to

Cynthia Turnbull, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com