KMC:nl 06-177

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DORIS ROBINSON

VS. C.A. NO. 06-253-T

JAN NOGRADI and MIRIAM NOGRADI

**S T I P U L A T I O N**

***In the above-entitled cause, it is agreed that the following entry be made:***

The time within which the plaintiff, DORIS ROBINSON, may answer or otherwise respond to the interrogatories and request for production served upon her by defendants, JAN NOGRADI and MIRIAM NOGRADI, is hereby extended to **December 31, 2006.**

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com

/s/ Cynthia Turnbull, Esq.
Cynthia Turnbull, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103

## CERTIFICATION

I, the undersigned, hereby certify that on the 29th day of November, 2006 I did send a true copy of the within EXTENSION STIPULATION by electronic means (ECF) to

**Vincent Greene, Esq.**
vgreene@motleyrice.com

and by regular mail, postage pre-paid, to

Cynthia Turnbull, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street, Suite 304
Springfield, MA 01103

/s/ Kevin M. Cain
Kevin M. Cain (Bar #1289)
**LAW OFFICES OF AMY BERETTA**
211 Quaker Lane, 1st Floor
West Warwick, RI 02893
(401) 821-0188
(401) 821-7410 fax
kmcain@metlife.com